Hillsborough,
June 7, 1938.

### Pulaski Club & a. v. State Liquor Commission.

*Laflamme & Nourie* and *Ernest R. D'Amours* (*Mr. Nourie* orally), for the plaintiffs.

*Thomas P. Cheney*, Attorney-General, *Frank R. Kenison*, Assistant Attorney-General, and *J. Blanche Newhall* (*Mr. Kenison* orally), for the defendant.

*Per Curiam.* The question here presented was decided in *Manchester Press Club* v. *State Liquor Commission, ante,* 442.

*Case discharged.*